UNITED STATES DISTRICT COURT
for the
DISTRICT OF NEW JERSEY

| | |
|---|---|
| COREY MASTBETH | Civil No. 06-6076 |
| vs. | Order of Reassignment |
| COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION | |

It is on this   8TH   day of April, 2008

O R D E R E D  that the entitled action is reassigned from

JUDGE JOSE L. LINARES TO JUDGE FAITH S. HOCHBERG.

S/Garrett E. Brown, Jr.
GARRETT E. BROWN, JR. CHIEF JUDGE
UNITED STATES DISTRICT COURT
